IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PONISCIAK, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 10-4232 |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, this 18th day of November, 2011, upon consideration of Plaintiff's Motion to Compel (Doc. No. 12), and Defendant's Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

Specifically, it is **ORDERED** that Defendant serve Plaintiff with any responsive documents to Document Request Nos. 11 and 12 from years 2004 through 2006 within fourteen (14) days from the date of this Order.

It is **FURTHERED ORDERED** that Plaintiff's Motion to Compel is **DENIED** in all other aspects.

BY THE COURT:

ROBERT F. KELLY,
SENIOR JUDGE