# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PONISCIAK, | : |
|                 Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 10-4232 |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security Administration, | : |
|                 Defendant. | : |

## O R D E R

**AND NOW**, this 7th day of March, 2012, upon consideration of the Motion for Summary Judgment filed by Defendant, Michael J. Astrue's ("Astrue") (Doc. No. 18), against Plaintiff, Joseph Ponisciak ("Ponisciak"), Ponisciak's Response thereto, and Astrue's Reply, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE