IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PONISCIAK,<br><br>                        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>                        Defendant. | CIVIL ACTION<br><br>NO. 10-4232 |

**O R D E R**

**AND NOW**, this  7th  day of March, 2012, upon consideration of the Motion for Summary Judgment filed by Defendant, Michael J. Astrue's ("Astrue") (Doc. No. 18), against Plaintiff, Joseph Ponisciak ("Ponisciak"), Ponisciak's Response thereto, and Astrue's Reply, it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                    BY THE COURT:

                                                    /s/ Robert F. Kelly
                                                    ROBERT F. KELLY
                                                    SENIOR JUDGE