# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PONISCIAK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-4232 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 14th day of March, 2012, upon consideration of the "Complainant's Reply Brief in Opposition to Motion for Summary Judgment" (Doc. 21), which is being treated as a Motion for Reconsideration, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE